# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURPHY AND TEANA MURPHY,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NA,<br><br>Defendant. | CASE NO. 17cv364-LAB (AGS)<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Failure to file an "opposition to any motion will be construed as consent to granting the motion." Standing Order § 4; *see* CivLR 7.1. Wells Fargo filed a motion to dismiss three months ago. The Murphy's never filed an opposition. The Court grants the motion to dismiss without prejudice. *Newman v. Lamont*, 2011 WL 5909837 (C.D. Cal. Oct. 26, 2011).

If the Murphy's think they can fix the problems identified by Wells Fargo, they may file a motion for leave to file an amended complaint on or before **June 30, 2017**. That motion must also explain why the Court shouldn't dismiss the action for failure to comply with the Court's rules. If the Murphy's fail to file a motion addressing these issues, the Court will dismiss the action with prejudice. *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

**IT IS SO ORDERED**.

DATED: June 23, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge